ETHEL MACKENZIE, Respondent, v. THE MARINE MIDLAND TRUST COMPANY OF NEW YORK, Temporary Administrator, etc., of AUGUSTUS MACKENZIE, Deceased, and Another, Appellants.— Order granting plaintiff's motion to require The Marine Midland Trust Company, temporary administrator, and Century Indemnity Company, surety on the bond, to pay certain defaulted alimony awarded by a judgment of separation reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the payment of the $4,000 check in question was made to cover back alimony due at the time the order vacating the receivership was made and should be applied to that purpose. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

MACK MARKOWITZ, INC., Appellant, v. JOHN WINDECKER, Respondent.— In an action to recover possession of an automobile, order denying motion by plaintiff to open its default and vacate judgment dismissing the complaint and adjudging that defendant recover on his counterclaim affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell and Tompkins, JJ., concur; Hagarty, J., dissents.